```
FABIAN VANCOTT
TREVOR WAITE, ESQ.
Nevada Bar #13779
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444
dsexton@fabianvancott.com
```
*Attorneys for Defendant Fidelity Life*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF JENNIFER LOUISE TASCHEK; MICHAEL HUERTA, a personal representative of JENNIFER LOUISE TASCHEK; and MICHAEL HUERTA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY LIFE ASSOCIATION d/b/a FIDELITY LIFE; DOES I-X and ROES I-X,<br><br>Defendants. | CASE NO.: 2:23-cv-00280-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED by and between Defendant FIDELITY LIFE ASSOCIATION ("Defendant"), by and through its counsel of record, Fabian VanCott and Plaintiff MICHAEL HUERTA ("Plaintiff"), by and through his counsel Mullins and Trenchak, hereby stipulate and agree as follows:

1.  On April 18, 2023, the Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties. ECF No. 13.

2.  The Court entered an Order granting the First Stipulation to extend the discovery and dispositive motion deadlines on July 24, 2023. ECF No. 17.

3.  The Court entered an Order granting the Second Stipulation to extend the discovery and dispositive motion deadlines on December 13, 2023. ECF No. 22.

4.  The parties have continued engage in settlement discussions with the hopes

1

of a global resolution, and thereby stipulate and agree to extend the dispositive motion deadline seven (7) days to allow the parties sufficient time to attempt a global resolution.

**DISCOVERY COMPLETED/STATEMENT OF DISCOVERY REMAINING**

The parties have completed discovery.

~~**PROPOSED**~~ **SCHEDULE**

The parties stipulate and agree that:

1. **Dispositive Motions:** The parties shall have through and including **January 16, 2024**, to file dispositive motions, which is more 30 days after the discovery deadline.

2. **Pre-Trial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

This stipulation and order is sought in good faith and not for the purpose of delay.

DATED this 8th day of January 2024.

| LAW OFFICE OF | FABIAN VANCOTT |
|---|---|
| MULLINS & TRENCHAK | /s/ Trevor Waite |
| /s/     *Philip J. Trenchak, Esq* | Trevor Waite, Esq. |
| Philip J. Trenchak, Esq., Bar No. 9924 | Nevada State Bar No. 13779 |
| 1614 S. Maryland Parkway | FABIAN VANCOTT |
| Las Vegas, Nevada 89104 | 411 E. Bonneville Ave., Suite 400 |
| *Attorney for Plaintiff* | LV, NV 89101 |
| | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED _____January 12_____, 2024.

_____
United States Magistrate Judge

2