PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF JENNIFER LOUISE TASCHEK; MICHAEL HUERTA, a personal representative of JENNIFER LOUISE TASCHEK; and MICHAEL HUERTA, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY LIFE ASSOCIATION d/b/a FIDELITY LIFE; DOES I-X and ROES I-X,<br><br>Defendants. | CASE NO.: 2:23-cv-00280-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURE (ECF 26)**<br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Defendant FIDELITY LIFE ASSOCIATION ("Defendant"), by and through its counsel of record, Fabian VanCott and Plaintiff MICHAEL HUERTA ("Plaintiff"), by and through his counsel of record, Mullins and Trenchak, and hereby do stipulate and agree to Extend the time necessary for Plaintiff to file a Responsive Pleading to DEFENDANT'S MOTION TO STRIKE (ECF 26) PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURE (ECF 26) which is currently due on January 30, 2024. The PARTIES Stipulate to allowing Plaintiff to have an additional seven (7) days to respond. The new due date for PLAINTIFF'S RESPONSE TO DEFENDANT'S

1

MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURE (ECF 26) will be up to and including February 6, 2024

    This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 30th day of January, 2024.

| | |
|---|---|
| LAW OFFICE OF<br>MULLINS & TRENCHAK | FABIAN VANCOTT |
| */s/      Philip J. Trenchak, Esq*<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff* | */s/ Trevor Waite*<br>Trevor Waite, Esq.<br>Nevada State Bar no. 13779<br>FABIAN VANCOTT<br>411 E. Bonneville Ave., Suite 400<br>LV, NV 89101<br>*Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED    January 30   , 2024.

_____
U.S. District Magistrate Judge