**FABIAN VANCOTT**
BRYAN D. DIXON, ESQ.
Nevada Bar # 9320
CLINT R. HANSEN, ESQ.
Admitted Pro Hac Vice
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
*Attorney for Defendant*
*Fidelity Life Association d/b/a Fidelity Life*

**TRENCHAK LAW**
PHILIP J. TRENCHAK, ESQ.
Nevada Bar # 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
*Attorney for Plaintiffs*
*Estate of Jennifer Louise Taschek*
*and Michael Huerta*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF JENNIFER LOUISE TASCHEK; MICHAEL HUERTA, a personal representative of JENNIFER LOUISE TASCHEK; and MICHAEL HUERTA, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>FIDELITY LIFE ASSOCIATION d/b/a FIDELITY LIFE; DOES I-X and ROES I-X,<br><br>    Defendants. | Case No.: 2:23-cv-00280-JAD-EJY<br><br>**Joint Stipulation and Order of Dismissal with Prejudice**<br><br>ECF No. 56 |

The parties, Plaintiffs the ESTATE OF JENNIFER LOUISE TASCHEK and MICHAEL HUERTA, and Defendant FIDELITY LIFE ASSOCIATION d/b/a FIDELITY LIFE, have entered into a settlement and release agreement that resolves all claims, defenses, and potential counterclaims in this action. Accordingly, the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, with each

party to bear his, her, or its own costs, disbursements, and attorney fees.

Dated: December 5th, 2024

**Trenchak Law**

/s/ Philip J. Trenchak
PHILIP J. TRENCHAK, ESQ.
Nevada Bar # 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
(702) 778-9444
phil@trenchaklaw.com
*Attorney for Plaintiffs*
*Estate of Jennifer Louise Taschek*
*and Michael Huerta*

**Fabian VanCott**

/s/ Bryan D. Dixon
BRYAN D. DIXON, ESQ.
Nevada Bar #9320
CLINT R. HANSEN, ESQ.
Admitted Pro Hac Vice
411 E. Bonneville Ave., Ste. 400
Las Vegas, Nevada 89101
(702) 233-4444
bdixon@fabianvancott.com
*Attorneys for Defendant*
*Fidelity Life Association d/b/a Fidelity Life*

## ORDER

Based on the parties' stipulation **[ECF No. 56]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 5, 2024